JEFFREY A. SILVESTRI, ESQ.
Nevada Bar No. 5779
AARON D. SHIPLEY, ESQ.
Nevada Bar No. 8258
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Phone: (702) 873-4100
Fax: (702) 873-9966
jsilvestri@mcdonaldcarano.com
ashipley@mcdonaldcarano.com
*Attorneys for Plaintiff Robert C. Hasman*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT C. HASMAN, an individual; and HASMAN AIR, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CIRRUS DESIGN CORPORATION, a Minnesota corporation,<br><br>Defendant. | CASE NO.:   2:09-cv-1108-JCM-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel of record, hereby agree and stipulate to dismiss the Complaint filed by ROBERT C. HASMAN, an individual; and HASMAN AIR, LLC, in its entirety with prejudice, with each party to bear its own attorneys' fees and costs with respect thereto.

DATED this 11th day of May, 2011.                    DATED this 11th day of May, 2011.

McDONALD CARANO WILSON LLP                           MARQUIS & AURBACH

 /s/ Aaron D. Shipley                                 /s/ David A. Colvin
JEFFERY A. SILVESTRI, ESQ. (#5779)                   DAVID A. COLVIN, ESQ. (#4096)
AARON D. SHIPLEY, ESQ. (#8258)                       10001 Park Run Drive
2300 West Sahara Avenue, Suite 1000                  Las Vegas, Nevada 89145
Las Vegas, Nevada 89102                              *Attorneys for Defendant Cirrus Design Corporation*
*Attorneys for Plaintiff Robert C. Hasman and Hasman Air, LLC*

## **ORDER**

Based on the foregoing stipulation of the parties, the complaint in the above captioned matter is hereby dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs with respect thereto and on all of the files, records, and proceedings herein.

IT IS SO ORDERED.

Dated May 16, 2011 _____.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

McDONALD CARANO WILSON LLP

/s/ Aaron D. Shipley
JEFFERY A. SILVESTRI, ESQ. (#5779)
AARON D. SHIPLEY, ESQ. (#8258)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Plaintiff Robert C. Hasman and Hasman Air, LLC*